```
 1 │ PETER J. MUELLER, ESQ.
   │ ATTORNEY AT LAW 59774
 2 │ 950 BOARDWALK SUITE 305
   │ SAN MARCOS, CALIF. 92078
 3 │ (760) 752-4600
 4 │ ATTORNEY FOR Plaintiff
```

**GRANTED**
*Judge Maria-Elena James*
(United States District Court, Northern District of California seal)

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA BONELLI**, A Single Woman, Individually,<br><br>    Plaintiff,<br><br>vs.<br><br>**U. S. BANK NATIONAL ASSOCIATION** As TRUSTEE FOR THE CERTIFICATE HOLDERS OF The **CITIGROUP MORT-GAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATE SERIES 2005-3 TRUST FUND; CITI-GROUP MORTGAGE LOAN TRUST INCORPORATED; CITIMORTGAGE INC; CITIBANK N.A.;COUNTRYWIDE HOME LOANS SERVICING; WELLS FARGO BANK, N.A.**, and DOES 1 through 400, Inclusive,<br><br>    Defendants. | CASE NO. 3:14-cv-02352<br><br>APPLICATION AND MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT AND DECLARATION FILED IN SUPPORT<br><br><br><br><br><br><u>COMPLAINT AFFECTS REAL PROPERTY AT 3662 BELLAGIO COURT, SANTA ROSA, CALIFORNIA 95404.</u> |

  Comes now **PATRICIA BONELLI,** by and through their attorney, Pater J. Mueller, and moves the court for an extension of time to serve the summons and complaint in the captioned action to provide continuing time for modification negotiations by and between the Plaintiff and Wells Fargo Bank. The Plaintiff seeks an extension for a reasonable time for the modification negotiations to move forward and submit the declaration of Peter J. Mueller in support thereof.

Dated: July 25, 2014

                         _____
                         Peter J. Mueller, Attorney
                         For Plaintiff.

Declaration Of Peter J. Mueller

I, Peter J. Mueller, declare and say as follows:

1. I am an attorney licensed to practice in California and before this court.

2. That modification negotiations have commenced between the Plaintiff on the one hand and by Wells Fargo Bank on the other, concerning the Plaintiff's note and mortgage on the property the subject of the captioned action.

3. That is respectfully requested that the court in its discretion extend the time within which to serve the summons and the complaint herein a reasonable time.

4. As counsel in this case and others it is my experience that modification negotiations can extend for upwards of three or more months given the complexities of modification financing laws, rules and practices.

I declare under penalty of perjury that the foregoing is true and correct. If sworn I can competently testify to each of the foregoing facts. Executed this 25th day of July 2014 at San Marcos, California.

Peter J. Mueller, Attorney
For Plaintiff

Plaintiff's request is GRANTED. All deadlines are extended by 90 days.
IT IS SO ORDERED.
Dated: July 25, 2014



MOTION AND DECLARATION FOR EXTENSION OF TIME TO SERVE      2