OCT 0 1 2014

≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

PATRICIA BONELLI
        Plaintiff (s),
V.
U.S. BANK NATIONAL ASSOCIATION, ET AL.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 14-2352 MEJ

Notice is hereby given that, subject to approval by the court, __PATRICIA BONELLI__ substitutes
(Party (s) Name)

__PATRICIA BONELLI, PRO PER__, State Bar No. __NA__ as counsel of record in
(Name of New Attorney)

place of __PETER J. MUELLER, ESQ.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: PATRICIA BONELLI, IN PRO PER
    Address: P.O. BOX 4090, SAN RAFAEL CA 94913
    Telephone: (415) 572-4211      Facsimile
    E-Mail (Optional): pbonelli@sonic.net

I consent to the above substitution.
Date:     10/1/2014
(Signature of Party (s))

I consent to being substituted.
Date:     10/1/2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:     10/1/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 3, 2014

Judge Maria-Elena James

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]