UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA BONELLI,

    Plaintiff,

  v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

    Defendants.

Case No. 14-cv-02352-MEJ

**ORDER TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT SHOULD NOT BE DISMISSED**

**ORDER VACATING CMC**

On May 21, 2014, Plaintiff Patricia Bonelli filed the instant complaint. To date, no proof of service of the summons and complaint has been filed. "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Accordingly, pursuant to Rule 4(m), the Court ORDERS Plaintiff to show cause, in writing and no later than December 1, 2014, why this case should not be dismissed for failure to serve within the time required by Rule 4(m). <u>Notice is hereby provided to Plaintiff that the Court may dismiss the case if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

The November 20, 2014 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge