UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BONELLI,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>        Defendants. | Case No. 14-cv-02352-MEJ<br><br>**ORDER DISCHARGING OSC AND SETTING SERVICE DEADLINE** |

On November 14, 2014, the Court ordered Plaintiff Patricia Bonelli to show cause why this case should not be dismissed for failure to serve within the time required by Federal Rule of Civil Procedure 4(m). Having received Plaintiff's response and First Amended Complaint, the Court DISCHARGES the Order to Show Cause. Plaintiff must complete service in compliance with the requirements set forth in Rule 4 by January 13, 2015.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge